IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 413 OAK FORGE DRIVE, ANTIOCH, TENNESSEE | No. 17-MJ-3114 |

**ORDER**

Upon motion of the United States to unseal the documents filed in this case, it is ORDERED that the documents filed in this case are hereby unsealed.

It is so ORDERED this ___ day of December, 2017.

Joe Brown
United States Magistrate Judge